Kendell Jenkins, Plaintiff-Appellant,
against
Houman Sarshar, Ferdos Capital, LLC, Uzi Evron, 146 West Realty, LLC, Defendants-Respondents.



Plaintiff, as limited by his brief, appeals from that portion of a judgment of the Civil Court of the City of New York, New York County (Adam Silvera, J.) entered May 2, 2017, after trial, which dismissed the complaint.




Per Curiam.
Judgment (Adam Silvera, J.), entered May 2, 2017, insofar as appealed from, affirmed, without costs.
On a bench trial, the decision of the fact-finding court "should not be disturbed upon appeal unless it is obvious that the court's conclusions could not be reached under any fair interpretation of the evidence" (Claridge Gardens v Menotti, 160 AD2d 544, 545 [1990]). Applying that standard of review here, we find no basis to substitute our judgment for that of the trial court in dismissing the action by plaintiff-tenant seeking a return of his security deposit. The evidence permitted a finding that the repair costs incurred by defendant-landlord following plaintiff's vacatur exceeded the value of plaintiff's $1,350 security deposit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: January 18, 2018